# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00215 LEK-RT |
| CASE NAME: | Noel Espinoza-Santos v Estela Derr |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 06/23/2022 |

COURT ACTION:   EO: On May 11, 2022, the Court issued an Order Denying Application to Proceed In Forma Pauperis by a Prisoner [ECF No. 3]. In the Order, the Court instructed Plaintiff to pay the fees associated with this action by June 10, 2022.  In the alternative, the Court notified Plaintiff that he could voluntarily dismiss this action by filing a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). On June 8, 2022, the Court received Plaintiff's Notice of Dismissal [ECF No. 4]. The Clerk is DIRECTED to DISMISS this action without prejudice and to CLOSE the case. This dismissal shall not count as a strike under 28 U.S.C. § 1915(g).

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager